NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MORRIS MAY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5109

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-774, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

The United States moves out of time for an 8-day extension of time, until November 16, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

MORRIS MAY V. US                                                    2


    The motion is granted. If May chooses to file a reply brief, it is due within 14 days of the date of this order.

<div style="margin-left:50%">

FOR THE COURT


 /s/ Jan Horbaly   
Jan Horbaly
Clerk

</div>

s21